FILED
JUN -7 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

RECEIVED
JUN 02 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA, )
      Plaintiff )
      vs. ) No. _____
Google Inc [Name of )
     defendant], ) **COMPLAINT**
     Defendant )

CV 17 3266 MEJ (PR)

Plaintiff alleges:

### JURISDICTION

1. This action is brought on behalf of the United States to enforce the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. This Court has subject matter jurisdiction of the action under 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1345.

### CLAIM FOR RELIEF

3. The defendant City of Mountain View, CA. 94043 is a corporate, governmental body created pursuant to the laws of the State of California.

090             1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

4. The defendant is <u>a</u> "person" within the meaning of 42 U.S.C. § 2000e(<u>a</u>) and an "**employer**" within the meaning of 42 U.S.C. § 2000e(b).

5. The defendant has subjected Manuel Alvarez Cabello Ramirez (juan27ram@gmail.com) [name of complainant] to discrimination on the basis of ___his___ [his or her] **national** origin, **Mexican**-American, in violation of 42 U.S.C. § 2000e-2(<u>a</u>).

6. Defendant accomplished this discrimination, among other ways, <u>by</u>:

<u>a</u>.  Failing or refusing to hire or promote Manuel Alvarez Cabello Ramirez (juan27ram@gmail.com) [name of complainant] to the position of ___Software Tech.___ [job title denied, e.g., Sanitation Department Superintendent] and to pay ___him___ [him or her] accordingly; and

b.  Failing or refusing to take appropriate action to remedy the effects of the discriminatory treatment of Manuel Alvarez Cabello Ramirez [name of complainant]. (juan27ram@gmail.com)

7. ___Manuel Alvarez Cabello Ramirez___ [Name of complainant] timely filed charges of discrimination with Equal Employment Opportunity Commission alleging that ___he___ [he or she] had been discriminated **against** on the basis of ___his___ [his or her] **national** origin **by** the City when ___he___ [he or she] was denied <u>a</u> promotion.

8. The EEOC investigated the charges pursuant to 42 U.S.C. § 2000e-5.

<u>a</u>.  It found reasonable cause to believe that the allegations of discrimination were true;

b.  It attempted unsuccessfully to achieve <u>a</u> voluntary resolution of these matters through conciliation; and

090                                                  2

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

76086097

c. After unsuccessful attempts to find a voluntary resolution; it referred the charge to the U.S. Department of Justice.

9. All conditions precedent to the filing of suit have been performed or have occurred.

*PRAYER*

The plaintiff requests this Court to:

A. Enter an order enjoining the defendant from failing or refusing to provide remedial relief sufficient to make whole the charging party, Manuel Alvarez Cabello R. [name of complainant], for the individual loss ___he___ [he or she] has suffered as a result of the discrimination **against** ___him___ [him or her] as alleged in this **Complaint**

(juan27ram@gmail.com)

B. Award compensatory damages to Manuel Alvarez Cabello Ramirez [name of complainant] sufficient to fully compensate ___him___ [him or her] for injuries caused **by** the City's discriminatory conduct, pursuant to and within the statutory limitations of 42 U.S.C. § 1981a.

C. Enter an order enjoining the defendant to take other appropriate nondiscriminatory measures to overcome the effects of the discrimination.

D. Award plaintiff its costs of suit.

E. Grant plaintiff all other relief that justice may require.

Dated: __05__/__30__/__2017__

090                                                               3

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

76086097