UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ALVAREZ CABELLO RAMIREZ,

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.

Case No. 17-cv-03266-MEJ (PR)

**JUDGMENT**

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 7, 2017

MARIA-ELENA JAMES
United States Magistrate Judge